UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CARLOS R. BROCATTO,

        Plaintiff,

v.

RIVERSIDE COUNTY REGIONAL MEDICAL,

        Defendant.

NO. EDCV 19-1345-SVW (AGR)

ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, the Report and Recommendation of the United States Magistrate Judge ("Report") and the Objections. Further, the Court has engaged in a *de novo* review of those portions of the Report to which Plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Defendant's motion to dismiss Plaintiff's complaint is GRANTED IN PART as follows:

(1) Defendant's motion to dismiss under Fed. R. Civ. P. 12(b)(1) is denied;

(2) Defendant's motion to dismiss under Fed. R. Civ. P. 12(b)(6) is granted with leave to file a First Amended Complaint.

If Plaintiff chooses to file a First Amended Complaint, it must be filed within 30 days after entry of this Order, it must bear the docket number assigned to this case,

be labeled "First Amended Complaint," and be complete in and of itself without reference to the original complaint, attachment, pleading or other documents.

The Clerk is DIRECTED to provide Plaintiff with a blank civil rights complaint form.

**Plaintiff is advised that if he fails to file a timely First Amended Complaint within 30 days after the entry of this order, this action may be dismissed.**

The case is referred back to the magistrate judge for further proceedings.

DATED: December 23, 2019

STEPHEN V. WILSON
United States District Judge